NOTICE: I ALSO FILED A CLAIM WITH GOVERNMENT. D.O.G.S (BOARD OF CONTROL / STATE INSURANCE MGMT)
707 3RD ST. WEST SACRAMENTO
CA 95605 - (916) 376-5300

FILED
Dec 29, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:22-cv-0004-DB (PC)

RAMOS. JOSE AM7517
(Name of Plaintiff)

H.D.S.P.-Z-122, PO BOX 3030
(Address of Plaintiff)

SUSANVILLE, CA 96127

N/A FILING COMPLAINT
(Case Number)

vs.

COMPLAINT

CALIFORNIA DEPT OF CORRECTIONS.
C/O BARKER
40 MATHISON. A-YARD.
BUILDING TWO.
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☑ Yes   ☐ No
   If your answer is no, explain why not _____
   _____

C. Is the grievance process completed?   ☑ Yes   ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  C/o MATHISON AND OTHER STAFF is employed as A CUSTODY OFFICER C/o BARKER  at  HIGH DESERT STATE PRISON.

B. Additional defendants  I DO NOT HAVE NAMES BUT CAN SUPEONA RECORDS IF NEEDED. ALSO I MAY SUPEONA WITNESSES
_____
_____
_____
_____

2

IV. Statement of Claim

DATES
12/17/20 – 12/24/20

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.) I'VE EXHAUSTED GRIEVANCE REMEDIES @ INSTITUTION ALREADY

(A-2)
(COVID-19) WAS SPREADING @ THE PRISON. IN MY UNIT IN CELL 112. INMATE.
(F-95962 CHRISTOPHER FARROW) RECIEVED A POSITIVE NOTICE IN MAIL. I DID NOT. I FILED
A REQUEST FORM. ASKING IF I WAS INFECTED. PROCESS TAKE 2-3 DAYS. SO I ASK C/O BARKER
THE OFFICER TO PLEASE GIVE ME A CELL TRANSFER – HE DID. BUT ~~~~ ASK ME
EVERYTHING TO MOVE TO CELL 107 WITH SERGIO DIAZ J-15310. WHOM WAS SUPER INFECTED. & COUGHING
IS DOCUMENTED CELL WAS CONTAMINATED. HE HAD A DEADLY COUGH AND WAS ON A RESPIRATOR IN THE
AND ON AUDIO/VIDEO CELL. INSTEAD OF AN EMERGANCY ROOM. WE SPEND THE NIGHT TOGETHER. PRAYING HE WOULD
MICRO MANAGMENT LIVE. NEXT MORNING HE LEFT TO E-R. I BECAME ASYMPTOMIC. BUT WAS SCARED
SURVEILANCE TO DEATH. A COUPLE DAYS PASSED AND C/O MATHISON. REMOVED HIS DOOR TAG. BUT FAILED
I EVEN TRIED TO TO GATHER HIS PROPERTY. IT WAS AN ATTEMPTED COVER-UP. HIS PROPERTY BECAME CONTRABAND
LOCATE HIM THROUGH
MEXICAN CONSULATE V. Relief. IT WAS IN THE CELL WITH ME 7 DAYS. I THOUGHT HE WAS DEAD AND WAS GOING
SERGIO DIAZ IS CRAZY TRYING TO HIDE HIS PROPERTY. HENCE I GOT ACCUSED OF STEALING AND WAS WRITTEN-UP.
AN IMIGRANT  IT WAS HORRIBLE EXPIERANCE.
ILLEGAL (State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
HE LIVED. no cases or statutes.) (VIOLATION OF LIVING CONDITIONS) (VIOLATION OF RIGHT TO OBTAIN PROPERTY
LEGALLY)

BECAUSE I SUFFER FROM MENTAL HEALTH. I WAS TRAUMATIZED
STRUGGLE WITH ANXIETY. PLEASE I ASK $1,200,000.00 MILLION DOLLARS
FOR MY EXPOSURE, TROUBLES, AND INCRIMINATION FOR STOLEN PROPERTY
DUE TO OFFICER NEGLEGENCE.
EVERYTHING IN JESUS NAME.
MY LIFE WAS ENDANGERED

Signed this 19 day of OCTOBER, 2021.

Jose Ramos, AM7517
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10-19-2021
(Date)

Jose Ramos
(Signature of Plaintiff)

3

IV. Statement of Claim

DATES
1/17/20 – 12/24/20

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.) I'VE EXHAUSTED GRIEVANCE REMEDIES @ INSTITUTION ALREADY

(A-2) (COVID-19) WAS SPREADING @ THE PRISON. IN MY UNIT IN CELL 112 INMATE. (F-9546 CHRISTOPHER FARROW) RECIEVED A POSITIVE NOTICE IN MAIL. I DID NOT. I FILED A REQUEST FORM. ASKING IF I WAS INFECTED. PROCESS TAKE 2-3 DAYS. SO I ASK C/O BARIA THE OFFICER TO PLEASE GIVE ME A CELL TRANSFER - HE DID. BUT ASK ME TO MOVE TO CELL 107 WITH SERGIO DIAZ J-15310. WHOM WAS SUPER INFECTED & COUGHIN CELL WAS CONTAMINATED. HE HAD A DEADLY COUGH AND WAS ON A RESPIRATOR. IN THE CELL. INSTEAD OF AN EMERGANCY ROOM. WE SPEND THE NIGHT TOGETHER. PRAYING HE WOULD LIVE. NEXT MORNING HE LEFT TO E.R. I BECAME ASYMPTOMIC. BUT WAS SCARED TO DEATH. A COUPLE DAYS PASSED AND C/O MATHISON. REMOVED HIS DOOR TAG. BUT FAILED TO GATHER HIS PROPERTY. IT WAS AN ATTEMPTED COVER-UP. HIS PROPERTY BECAME CONTRABAN.

EVERYTHING IS DOCUMENTED NO ON AUDIO/VIDEO MICRO MANAGMENT SURVEILLANCE I EVEN TRIED TO LOCATE HIM THROUGH MEXICAN CONSULATE SERGIO DIAZ IS AN IMMIGRANT ILLEGAL HE LIVED. THANK GOD. AND DOCTORS @ZEN

V. Relief. IT WAS IN THE CELL WITH ME 7 DAYS. I THOUGHT HE WAS DEAD AND WAS GOING CRAZY TRYING TO MOVE HIS PROPERTY. HENCE I GOT ACCUSED OF STEALING AND WAS WRITTEN-UP. IT WAS HORRIBLE EXPIERANCE

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) (VIOLATION OF LIVING CONDITIONS) VIOLATION OF RIGHTS TO OBTAIN ___

BECAUSE I SUFFER FROM MENTAL HEALTH. I WAS TRAUMATIZED STRUGGLE WITH ANXIETY. PLEASE I ASK $1,200,000.00 MILLION DOLLARS FOR MY EXPOSURE, TROUBLES AND INCRIMINATION FOR STOLEN PROPERTY DUE TO OFFICER NEGLEGENCE.
EVERYTHING                         IN JESUS NAME.
MY LIFE WAS ENDANGERED

Signed this  19  day of  OCTOBER , 20 21 .

_Jose Ramos_, AM7517
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10-19-2021                         _Jose Ramos_
(Date)                              (Signature of Plaintiff)

3

Scanned at CDCR and E-Mailed on 12-29 by ___ (date) (initials)
Number of pages scanned: ___

Mr. Ramos did ~~tell~~ it with this cover in how we process the e-files. The inmate sent this in the mail to me to scan. He did not designate if it is two separate filings. I am sending the 10 pages together, with the rejection letter for sending it to you.

From Ramos AM 7517
HDSP

sent by C Jenkins
Senior Librarian

# UNITED STATES DISTRICT COURT
## Eastern District Court of California
### Keith Holland, Clerk
### Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ REPLY TO:
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ REPLY TO:
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO: Jose Ramos, AM7517
HDSP
PO Box 3030
Susanville, CA 96127

Case Number: n/a

RE: Pleadings and/or Correspondence received on: 10/28/2021

☒ **E-FILING**: Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

hh | 10/28/2021
Deputy Clerk | Date