UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMOS,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPT OF CORRECTIONS,<br><br>          Defendants. | No. 2:22-cv-00004 DB P<br><br>ORDER AND FINDINGS & <u>RECOMMENDATIONS</u> |

By order filed September 16, 2022, the court found plaintiff's complaint did not state a claim and granted thirty days leave to file an amended complaint. On November 2, 2022, the court granted plaintiff an additional 90 days in which to file an amended complaint. That time has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 24, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
ramo0004.fta

2