# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

JOSE RAMOS,

CASE NO: **2:22–CV–00004–TLN–DB**

v.

CALIFORNIA DEPT OF CORRECTIONS, ET AL.,

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/7/2023**

**Keith Holland**
Clerk of Court

ENTERED: **September 7, 2023**

by: /s/ L. Reader
Deputy Clerk